UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM



FILED

JAN 0 8 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

Honorable Oliver W. Wanger
Senior United States District Judge
Fresno, California

                              **RE:    Imelda Hernandez**
                                       Docket Number: 1:06CR00158-08 OWW
                                       **PERMISSION TO TRAVEL**
                                       **OUTSIDE THE COUNTRY**

Your Honor:

The probationer is requesting permission to travel to Michoacan, Mexico. She is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On September 17, 2007, Imelda Hernandez was sentenced for the offense of Distribution of Equipment, Chemicals, and Materials Which May be Used to Manufacture Methamphetamine, Knowing They Would be Used to Manufacture Methamphetamine.

**Sentence imposed:** 5 years probation; $100 special assessment; $2,500 fine; mandatory drug testing.

Special Conditions: 1) Search; 2) No paging device or cellular phone without permission of the probation officer; 3) Home detention for a period of 180 days.

**Dates and Mode of Travel:** On January 15, 2010, Mrs. Hernandez is scheduled to depart from the Fresno Air Terminal (FAT) on Mexicana airlines. The flight will land in Guadalajara, Mexico and she will proceed to Michoacan by bus. Her return flight is scheduled to arrive in Fresno, California on February 5, 2010.

**Purpose:** Mrs. Hernandez's mother, Balvina Sanchez Cadena, is currently visiting in the United States. She is a resident of Mexico and plans to return home on January 15, 2010.

1

Rev. 05/2006
TRAVEL ~ OUTSIDE COUNTRY COURT MEMO.MRG

RE: Imelda Hernandez
Docket Number: 1:06CR00158-08 OWW
PERMISSION TO TRAVEL OUTSIDE THE COUNTRY

Mrs. Hernandez, along with her brother and sister-in-law, plan to accompany Mrs. Sanchez-Cadena to her home in Michoacan, Mexico. While in Michoacan, Mrs. Hernandez will visit with her mother, along with other relatives who reside in the area.

During her probation period, Mrs. Hernandez has been compliant in all areas of supervision. She has paid her financial obligation, completed home confinement and submitted her monthly reports appropriately. She has remained continuously employed and maintained residential stability. To date there has been no indication of violation conduct.

Mrs. Hernandez has been under supervision for approximately 27 months. Her performance to date suggests that granting her permission to travel would come at little risk to the community. Therefore, this officer recommends the Court grant her request to travel.

Respectfully Submitted,

/s/ Michael W. Armistead

**Michael W. Armistead
Senior United States Probation Officer**

DATED: January 7, 2010
Fresno, California
MWA

REVIEWED BY: /s/ Hubert J. Alvarez
**Hubert J. Alvarez
Supervising United States Probation Officer**

---

ORDER OF THE COURT:

Approved ___X___   Disapproved _____

1-8-10

Date

Oliver W. Wanger
**Senior United States District Judge**