**M E M O R A N D U M**

Honorable Oliver W. Wanger
Senior United States District Judge
Fresno, California

                                    RE:    Imelda Hernandez
                                              Docket Number: 1:06CR00158-08 OWW
                                              **PERMISSION TO TRAVEL**
                                              **OUTSIDE THE COUNTRY**

Your Honor:

The probationer is requesting permission to travel to Mexico City, Mexico. She is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On September 17, 2007, Imelda Hernandez was sentenced for the offense of Distribution of Equipment, Chemicals, and Materials Which May be Used to Manufacture Methamphetamine, Knowing They Would be Used to Manufacture Methamphetamine.

**Sentence imposed:** 5 years probation; $100 special assessment; $2,500 fine; mandatory drug testing.

Special Conditions: 1) Search; 2) No paging device or cellular phone without permission of the probation officer; 3) Home detention for a period of 180 days.

**Dates and Mode of Travel:** On July 15, 2011, Mrs. Hernandez is scheduled to depart from the Fresno Air Terminal (FAT) on AeroMexico airlines. The flight will land in Mexico City, Mexico. Her return flight is scheduled to arrive in Fresno, California on July 25, 2011.

**Purpose:** Mrs. Hernandez's wishes to travel to Mexico City, Mexico for a family wedding and will be traveling with her husband and daughter. Mrs. Hernandez will be staying with her brother in-law in Mexico City.

RE: **Imelda Hernandez**
    **Docket Number: 1:06CR00158-08 OWW**
    **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

During her probation period, Mrs. Hernandez has been compliant in all areas of supervision. She has paid her financial obligation, completed home confinement and submitted her monthly reports appropriately. She has remained continuously employed and maintained residential stability. To date there has been no indication of violation conduct.

Mrs. Hernandez has been under supervision for approximately 38 months. Her performance to date suggests that granting her permission to travel would come at little risk to the community. The Government has been advised of this and does not object. Therefore, this officer recommends the Court grant her request to travel.

Respectfully Submitted,

/s/ Hubert J. Alarez

**Hubert J. Alvarez**
**Supervising United States Probation Officer**

**DATED:** June 29, 2011
Fresno, California
HJA:sm

**REVIEWED BY:** /s/ Hubert J. Alvarez
**Hubert J. Alvarez**
**Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved    X                    Disapproved _____

June 30, 2011                    /s/ OLIVER W. WANGER
**Date**                         **Oliver W. Wanger**
                                 **Senior United States District Judge**